IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

ANTHONY B. WILSON-WILLIAMS,　)
　　　　　　　　　　　　　　　　　　　)
　　　Plaintiff,　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　) 　CASE NO.　2:07-cv-480-MEF
　　　　　　　　　　　　　　　　　　　)
M. FREEMAN, *et al.,*　　　　　　　)　(WO)
　　　　　　　　　　　　　　　　　　　)
　　　Defendants.　　　　　　　　　　)

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE

of the Court that:

1.　　The plaintiff's objection (Doc. # 30) to the Recommendation of the Magistrate

Judge, filed on February 8, 2010, is OVERRULED.

2.　　The Recommendation of the Magistrate Judge (Doc. # 28), entered on January

25, 2010, is ADOPTED.

3.　　The plaintiff's 42 U.S.C. § 1983 action is DISMISSED with prejudice as

malicious pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i).

DONE this the 22nd day of February, 2010.


　　　　　　　　　　　　　　　　　　/s/ Mark E. Fuller
　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE